UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA ROBINSON, | No. 2:18-cv-1131 DB P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff has also filed a motion to proceed in forma pauperis. (ECF No. 4). However, the in forma pauperis application has not been signed and dated by plaintiff. (See id. at 2). As a result, plaintiff will be provided the opportunity either to re-submit a properly signed and dated application to proceed in forma pauperis or to pay the required filing fee of $350.00 plus the $50.00 administrative fee.[1]

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

plaintiff's jail trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $50.00 administrative fee or a properly completed application to proceed in forma pauperis on the form provided with this order. Plaintiff is cautioned that failure to comply with this order or to seek an extension of time to do so will result in the dismissal of this action without prejudice, and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By A Prisoner for use in a civil rights action.

Dated: June 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS/PRISONER.CIVIL RIGHTS/robi1131.3a.rev