UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-1131 DB P<br><br>ORDER |

Plaintiff, a former Solano County Jail inmate[1] proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. (ECF No. 6). This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

While she was incarcerated, plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a)(2). However, plaintiff's change of address filed on August 27, 2018, indicates that plaintiff is no longer incarcerated. (See ECF No. 7). If plaintiff still wishes to proceed in forma pauperis, she must submit an updated application under § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 398 (4th Cir. 2003); Adler v. Gonzalez, No. 1:11-cv-1915-

---

[1] Based upon the change of address filing, it appears that plaintiff was released approximately three months after she filed the instant complaint. (Compare ECF No. 1 (complaint docketed 5/7/18), with ECF No. 7 (plaintiff's change of address notice filed 8/27/18)).

1

LJO-MJS (PC), 2015 WL 4041772, at *2 (E.D. Cal. July 1, 2015), <u>report and reco. adopted</u>, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within thirty days of the date of this order, plaintiff shall either:

   a. Submit an updated application to proceed in forma pauperis in accordance with 28 U.S.C. 1915(a)(1), or

   b. Pay the $400.00 filing fee in full.

2. Failure to submit an updated application or pay the filing fee will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to obey a court order.

IT IS FURTHER ORDERED that the Clerk of Court shall, as a one-time courtesy, send plaintiff copies of the following:

1. An Application to Proceed In District Court Without Prepaying Fees or Costs;
2. Plaintiff's complaint (ECF No. 1);
3. Prisoner New Case Documents (<u>see</u> ECF No. 2), and
4. The docket of this action.

Dated: April 6, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/robi1131.3a(2).1915(a)(1)

2