UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>    Defendants. | No.  2:18-cv-1131 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. (ECF Nos. 1, 6). This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

    By order issued April 7, 2020, plaintiff was directed to submit an updated application to proceed in forma pauperis within thirty days.  (See ECF No. 8).  The thirty-day period has now expired, and plaintiff has not submitted an updated in forma pauperis application or otherwise responded to the court's order.

    Although it appears from the docket that plaintiff's copy of the April 7, 2020, order was returned to the court as undeliverable on April 29, 2020, plaintiff was properly served.  Moreover, the sixty-three-day period pro per litigants are afforded to update the court with a current address has also expired.  See Local Rule 183.  It is the plaintiff's responsibility to keep the court apprised

of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly appoint a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice. See Local Rules 183, 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 8, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/robi1131.ifp.nca