UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA ROBINSON, | No. 2:18-cv-1131 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a former Solano County Jail inmate[1] proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2020, the magistrate judge issued findings and recommendations, which were served on plaintiff at her address of record and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 10).  Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

---

[1] *See* ECF No. 7 (plaintiff's change of address notice indicating new, non-CDCR location).

1

by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 9, 2020 (ECF No. 10) are ADOPTED in full, and

2. This action is DISMISSED without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also* Local Rules 110, 183(b).

DATED: September 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE